# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:  
    JASON N. VECCHIARELLO,  
    DEBTOR  

CHAPTER 13  
CASE NO. 14-41493 MSH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO AVOID JUDICIAL LIEN

Now comes the Debtor, JASON N. VECCHIARELLO, in the above-entitled matter and shows the court as follows:

1. Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on July 1, 2014.

2. Midland Funding LLC, Creditor, obtained a judicial lien in the form of an Execution issued by Lowell District Court on August 23, 2013 against Debtor's interest in his residence at 81 Salem Road, Unit 64, Billerica, Massachusetts in the sum of $7,693.06 which is recorded at the Middlesex North District Registry of Deeds Book 27684, Page 193 and filed on September 18, 2013.

3. The amount of the lien as of the date the Petition was filed is approximately $7,693.06.

4. The property is subject to a first mortgage held by Stoneham Bank in the approximate amount of $163,019.00 at the time of the filing of the petition.

5. The Debtor is claimed a homestead exemption as provided under 11 U.S.C. §522(d)(1) in the amount of $16,981.00.

6. The total value of the property is approximately $180,000.00 based upon Market analysis from Charlene McCarthy of American Dream Homes, Inc. dated June 3, 2014 a copy of which is attached hereto.

7. Using the formula under 11 U.S.C. §522(f)(2)(A), the property is valued at $180,000.00, minus the mortgage of $163,019.00 leaves equity in the sum of $16,981.00.representing the Debtor's equity.

8. The Debtor contends that the entire amount of the lien is avoidable as shown above.

Now therefore, Debtor respectfully moves that this Honorable Court avoid the entire judicial lien of Midland Funding LLC pursuant to 11 U.S.C. §522(f) and for such further relief as the court deems mete.

/s/ Jon H. Kurland
Jon H. Kurland, Esquire
KURLAND & GROSSMAN, P.C.
139 Billerica Road
Chelmsford, Massachusetts 01824
Telephone: (978) 256-2660
BBO# 281620
jkbkcy@kurlandgrossman.com

## CERTIFICATE OF SERVICE

I, Jon H. Kurland, Esquire, state that on September 10, 2014, I electronically filed the foregoing Motion to Amend with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants.

Denise M. Pappalardo, Chapter 13 Trustee

Richard King, US Trustee

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Jon H. Kurland
Jon H. Kurland, Esquire
KURLAND & GROSSMAN, P.C.
139 Billerica Road
Chelmsford, Massachusetts 01824
Telephone: (978) 256-2660
BBO# 281620
jkbkcy@kurlandgrossman.com

Midland Funding LLC
8875 Aero Drive
San Diego, CA 92123

Midland Funding LLC
c/o Grace Marie-Vistoria Calamita, Esq.
Law Office of Howard Lee Schiff, P.C.
510 Holland Street
P.O. Box 280245
East Hartford, CT 06128-0245

**Jason Vecchiarello**

**From:** jasonvecc@comcast.net
**Sent:** Tuesday, June 03, 2014 10:25 AM
**To:** Jason Vecchiarello
**Subject:** Fwd: 81 Salem Road Unit 64

---

**From:** "Charlene McCarthy" <pinergy@mlspin.com>
**To:** jasonvecc@comcast.net
**Sent:** Tuesday, June 3, 2014 10:19:06 AM
**Subject:** 81 Salem Road Unit 64

Hi Jason,
Please let me know you received this. If you need anymore information let me know. Thanks,
Charlene

CHARLENE McCARTHY
978-667-6888

**Comparative Market Analysis**
To establish market value of
**81 Salem Road Unit 64 Billerica, MA**
**Prepared for Mr. Jason N. Vecchiarello By Charlene McCarthy**

1

| Introduction Letter |
| :---: |
| Prepared for Mr. Jason N. Vecchiarello |

Tuesday, June 03, 2014

Mr. Jason N. Vecchiarello
81 Salem Road Unit 64
Billerica, MA 01821

Dear Mr. Jason N. Vecchiarello,

THANK YOU FOR THE OPPORTUNITY TO ASSESS YOUR PROPERTY. THE PROPERTY IS TWO BEDROOM TOWNHOUSE CONDOMINIUM BUILT IN 2003. THE DEVELOPMENT KNOWN AS SALISBURY HILL ESTATES CONSISTS OF 44 UNITS OF WHICH 11 ARE AFFORDABLE. THE COMPLEX WAS BUILT UNDER A COMPREHENSIVE PERMIT KNOWN AS A 40B. ALL 44 UNITS CONSIST OF 1200 FINISHED SQUARE FEET WITH THE POTENTIAL TO FINISH THE WALK UP ATTIC. BASICALLY WHEN THE UNITS WERE MARKETED THE AFFORDABLE UNITS SOLD FOR APPROXIMATELY 70% OF THE MARKET RATE UNITS. THE CONDOMINIUM FEES AND PROPERTY TAXES WERE DISCOUNTED AS WELL. THE LAST SALE OF A MARKET RATE UNIT IN SALISBURY HILLS SOLD FOR $249,900 ON JANUARY 25, 2014. THE 3 SOLD AFFORDABLE CONDOMINIUM UNITS USED IN THIS REPORT ARE LOCATED IN NORTH BILLERICA IN THE DEVELOPMENT KNOWN AS BARRETT FARM. ALL 3 UNITS SOLD FOR $170,000. THESE UNITS ARE SMALLER CONSISTING OF 1080 SQUARE FEET WITH NO WALK UP ATTIC POTENTIAL. THE COMPLEX ITSELF IS QUITE DENSE CONSISTING OF 136 UNITS WHICH MAKES SALISBURY HILL ESTATES MORE DESIRABLE. BASED ON THE DIFFERENCE IN SQUARE FOOTAGE, NO ATTIC, AND COMPLEX DENSITY I DETERMINED THE VALUE TO BE $180,000.
SINCERELY,CHARLENE MCCARTHY 978-667-6888

| Contents of this Comparative Market Analysis |
| :---: |
| Prepared for Mr. Jason N. Vecchiarello |

- Cover Page
- Introduction Letter
- Agent Resume
- Subject Property Report
- Market Analysis Summary
- Comparable Property Reports
- Sold Properties Graph
- 

| Agent Resume |
| :---: |
| Prepared for Mr. Jason N. Vecchiarello |

2

CHARLENE MCCARTHY

AMERICAN DREAM HOMES, INC.

OFFICE 978-667-6888

FAX. 978-667-6660

americandreamhomes@comcast.net

I HAVE BEEN SELLING REAL ESTATE FULL TIME FOR 27 YEARS.

MY PAST EXPERIENCE AS A LICENSED APPRAISER HAS GIVEN ME A VAST KNOWLEDGE IN APPRAISING PROPERTIES FOR SALE. I SELL

RESIDENTIAL, LAND, AND COMMERICAL PROPERTIES. I HAVE EXPERIENCED MOST EVERY SCENARIO IN THE BUSINESS AND CAN GUIDE YOU THROUGH A SUCCESSFUL TRANSACTION.

I AM LOOKING FORWARD TO WORKING WITH YOU IN THE SALE OF YOUR PROPERTY.

SINCERELY,

CHARLENE MCCARTHY

---

**Subject Property**
**Prepared for Mr. Jason N. Vecchiarello**

### 81 Salem Road Unit 64 Billerica, MA 01821

**Bedrooms :**
2

**Bathrooms :**
1.5

**Living Area (Square Feet) :**
1200

**Lot Size (Square Feet) :**

**Year Built :**
2003

**Property Features :**

---

**Market Analysis Summary**
**Prepared for Mr. Jason N. Vecchiarello**

### Properties Recently Sold

Number of Properties: 3

3

Price Range: $168,000 to $170,000
Average Price: $169,333
Median Price: $170,000

| Address | City | Beds | Baths Full | Half | Living Area(Square Feet) | Days onMarket | List Price | Sale Price | SP%of LP |
|---|---|---|---|---|---|---|---|---|---|
| 41 Boston Rd Unit:113 | Billerica, MA | 2 | 1 | 1 | 1044 | 84 | $170,000 | $168,000 | 99% |
| 41 Boston Rd Unit:463 | Billerica, MA | 2 | 1 | 1 | 1080 | 137 | $170,000 | $170,000 | 100% |
| 41 Boston Rd Unit:311 | Billerica, MA | 2 | 1 | 1 | 1020 | 8 | $170,000 | $170,000 | 100% |

**Property Descriptions**
**Prepared for Mr. Jason N. Vecchiarello**

**41 Boston Rd - Unit 113**
**Billerica, MA   01862-1035**
**Condo**

MLS #: **71573075**           Status: **Sold**
List Price: **$170,000**      Sale Price: **$168,000**
List Date: **8/21/2013**      Sale Date: **12/27/2013**
Area:                         Off Market Date: **11/13/2013**
List$/SqFt: **$162.84**       Sold$/SqFt: **$160.92**
Days on Market (Total): **84** Days on Market (Office): **84**



**Property Features**

Rooms: **5**                  Style: **Townhouse**
Bedrooms: **2**               Type: **Condo**
Baths: **1f 1h**              Unit Level 1
Master Bath:                  Placement: --
Fireplaces: **0**             Apprx Living Area: **1044 sq.ft.**
Year Built: **2009**          Outdoor Space Avail: **Yes - Common**
# Units: **44**               Garage: **1   Attached, Under, Garage Door Opener, Storage**
Elevator: **No**              Parking: **2   Off-Street, Tandem**
Handicap Access/Features:**No**
Association: **Yes** Fee: **$137**
Fee Includes: **Master Insurance, Exterior**

4

Maintenance, Road Maintenance, Landscaping, Snow Removal, Refuse Removal

## Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | 12x18 | Flooring - Hardwood |
| Dining Room: | 1 | | Flooring - Vinyl, Balcony / Deck, Slider |
| Kitchen: | 1 | | Flooring - Vinyl, Countertops - Stone/Granite/Solid, Countertops - Upgraded, Cabinets - Upgraded, Deck - Exterior, Exterior Access, Slider, Stainless Steel Appliances |
| Master Bedroom: | 2 | 12x16 | Ceiling Fan(s), Closet, Flooring - Wall to Wall Carpet, High Speed Internet Hookup |
| Bedroom 2: | 2 | 14x10 | Closet, Flooring - Wall to Wall Carpet |
| Bath 1: | 1 | 6x6 | Bathroom - Half, Flooring - Vinyl, Countertops - Stone/Granite/Solid, Countertops - Upgraded |
| Bath 2: | 2 | 10x7 | Flooring - Vinyl, Countertops - Stone/Granite/Solid, Countertops - Upgraded, Dryer Hookup - Gas, Washer Hookup |
| Laundry: | 2 | | -- |

## Features & Other Information

Appliances: **Microwave, Dishwasher - ENERGY STAR, Range - ENERGY STAR**
Basement: **Yes**
Construction: **Frame**
Cooling: **Central Air**
Electric: **Circuit Breakers**
Exclusions: **Washer, dryer, fridge.**
Exterior: **Vinyl**
Exterior Features: **Deck**
Facing Direction: **East**
Heating: **Forced Air, Gas**
Hot Water: **Natural Gas**
Interior Features: **Cable Available**
Lead Paint: **None**
Pets Allowed: **Yes**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

## Remarks

Income and asset restrictions removed!!! Like new and well cared for townhouse at the Barrett Farm development. Specious kitchen with granite countertops opening to dining area. Hardwood floors in living room. Two nice bedrooms on second floor. Attached garage, central air washer and dryer hook ups in the unit. storage room attached to garage. Dining room opens to deck and nice common yard. Close to shopping and EZ highway access. MUST be owner occupied and buyer MUST sign the deed rider (attached) Application required (attached). FHA and VA will not accept the deed rider.

## Tax Information

5

2013 Taxes: **$2244**   Assessment: **$156,800**   Cert: **00013082**   Zoning Code: **3**
Pin #: **M:0004 B:0007 L:1-113**             Map:   Block:   Lot:   Book: **23844**   Page: **218**

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2014 MLS Property Information Network, Inc.

**Property Descriptions**
**Prepared for Mr. Jason N. Vecchiarello**

**41 Boston - Unit 463**
**Billerica, MA   01821**
**Condo**

| | |
|---|---|
| MLS #: **71573783** | Status: **Sold** |
| List Price: **$170,000** | Sale Price: **$170,000** |
| List Date: **8/23/2013** | Sale Date: **2/18/2014** |
| Area: | Off Market Date: **1/7/2014** |
| List$/SqFt: **$157.41** | Sold$/SqFt: **$157.41** |
| Days on Market (Total): **137** | Days on Market (Office): **137** |

**Property Features**



| | |
|---|---|
| Rooms: **4** | Style: **Townhouse** |
| Bedrooms: **2** | Type: **Condo** |
| Baths: **1f 1h** | Unit Level **2** |
| Master Bath: | Placement: **Middle** |
| Fireplaces: **0** | Apprx Living Area: **1080 sq.ft.** |
| Year Built: **2013** | Outdoor Space Avail: **Yes - Common** |
| # Units: **132** | Garage: **1**   **Under** |
| Elevator: **No** | Parking: **1**   **Deeded, Paved Driveway** |

Handicap Access/Features:
Association: **Yes**  Fee: **$136.59**
Fee Includes: **Master Insurance, Exterior Maintenance, Landscaping, Snow Removal, Refuse Removal**

**Room Descriptions**

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | 14x12 | **Flooring - Wall to Wall Carpet** |
| Kitchen: | 1 | 18x12 | **Flooring - Vinyl, Balcony / Deck, Stainless Steel Appliances** |
| Master Bedroom: | 2 | 15x11 | **Flooring - Wall to Wall Carpet** |
| Bedroom 2: | 2 | 14x10 | **Flooring - Wall to Wall Carpet** |
| Bath 1: | 1 | | **Bathroom - Half** |

**Features & Other Information**

Appliances: **Microwave, Dishwasher - ENERGY STAR, Range - ENERGY STAR**
Basement: **Yes**
Construction: **Frame**
Cooling: **Central Air, Individual**
Electric: **Circuit Breakers**
Exclusions:
Exterior: **Vinyl**
Exterior Features: **Deck, Deck - Vinyl, Screens, Professional Landscaping, Sprinkler System**
Facing Direction:
Heating: **Central Heat, Forced Air, Gas, Individual**

6

| | | |
|---|---|---|
| Bath 2: | 2 | Bathroom - Full |

Hot Water: **Natural Gas, Tankless**
Interior Features: **Cable Available**
Lead Paint: **None**
Pets Allowed: **Yes w/ Restrictions**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

## Remarks

~BARRETT FARMS~ LAST Affordable Rate Unit Left!!! Brand New Quality Built 'Affordable' TownHome by Premier Builder. Affordable Unit! Great Price! Great Location! Minutes to Train Station and Major Highways. Large Eat-In Kitchen w/ Stainless Steel Appliances & Slider Leading to Trex Deck. Laundry is Conveniently Located on the 2nd Floor. One Car Garage w/ Plenty of Storage. Income Restrictions Apply. No Lottery Necessary...Apply...Qualify...Move into the HOME of Your Dreams!!! SEE QUALIFICATION GUIDELINES & APPLICATION ATTACHED.

## Tax Information

2013 Taxes: **$0**   Assessment: **$0**        Cert:    Zoning Code: **res**
Pin #:                                         Map:    Block:   Lot:   Book: **17650**   Page: **198**

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2014 MLS Property Information Network, Inc.

### Property Descriptions
### Prepared for Mr. Jason N. Vecchiarello

**41 Boston Rd - Unit 311**
**Billerica, MA   01821**
**Condo**

MLS #: **71642102**           Status: **Sold**
List Price: **$170,000**      Sale Price: **$170,000**
List Date: **3/8/2014**       Sale Date: **5/23/2014**
Area:                         Off Market Date: **3/16/2014**
List$/SqFt: **$166.67**       Sold$/SqFt: **$166.67**
Days on Market (Total): **8**  Days on Market (Office): **8**



### Property Features

Rooms: **4**                  Style: **Townhouse**
Bedrooms: **2**               Type: **Condo**
Baths: **1f 1h**              Unit Level **1**
Master Bath:                  Placement: **End**
Fireplaces: **0**             Apprx Living Area: **1020 sq.ft.**
Year Built: **2005**          Outdoor Space Avail: **Yes - Common**
# Units: **132**              Garage: **1**   **Under, Garage Door Opener, Deeded**

7

Elevator:   Parking: **1 Deeded, Paved Driveway**

Handicap Access/Features:

Association: **Yes**  Fee: **$136.59**

Fee Includes: **Master Insurance, Exterior Maintenance, Landscaping, Snow Removal, Refuse Removal**

## Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | | 14x12 | Flooring - Wall to Wall Carpet |
| Kitchen: | | 18x12 | Flooring - Vinyl, Balcony / Deck |
| Master Bedroom: | | 15x11 | Ceiling Fan(s), Flooring - Wall to Wall Carpet |
| Bedroom 2: | | 14x10 | Ceiling Fan(s), Flooring - Wall to Wall Carpet |
| Bath 1: | | | Bathroom - Half, Flooring - Vinyl |
| Bath 2: | | | Bathroom - Full, Flooring - Vinyl |

## Features & Other Information

Appliances: **Range, Dishwasher, Microwave, Range - ENERGY STAR**
Basement: **Yes**
Construction: **Frame**
Cooling: **Central Air, Individual**
Electric: **Circuit Breakers, 100 Amps**
Exclusions:
Exterior: **Vinyl**
Exterior Features: **Deck - Composite, Screens, Professional Landscaping, Sprinkler System**
Facing Direction:
Heating: **Forced Air, Gas**
Hot Water: **Natural Gas, Tank**
Interior Features: **Cable Available**
Lead Paint: **None**
Pets Allowed: **Yes w/ Restrictions**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

## Remarks

**~BARRETT FARM "AFFORDABLE" TOWNHOME~ Subject To 40B Guidelines & Deed Rider. Deed Restrictions Apply & Unit Must Be Owner Occupied, BUT Income Guidelines & Asset Limitations DO NOT Apply! This Is A Rare Opportunity to Own An "Affordable" END-UNIT Townhome w/ Universal Deed Rider. Quality Built End-Unit TownHome In Beautiful Barrett Farm Situated w/ Huge Common Area Greens Directly In Front of Unit, Perfect For Recreation or Relaxing w/ Friends & Family. FHA & MassHousing Approved. Great Price! Great Location! Minutes to Train Station and Major Highways. Energy Efficient Unit w/ Large Eat-In Kitchen w/ Custom Oak Cabinets, Stainless Steel Appliances & Slider Leading to Trex Deck. Laundry is Conveniently Located on the 2nd Floor. 1-Car Garage w/ Plenty of Storage. Call List Agent For More Details & For Short Application. Hurry This Opportunity Will Not Last!**

## Tax Information

2013  Taxes: **$2179**   Assessment: **$152,300**   Cert: **00011007**   Zoning Code: **3**
Pin #: **M:0004 B:0007 L:1-311**   Map:   Block:   Lot:   Book: **19857**   Page: **26**

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2014 MLS Property Information Network, Inc.

## Sold Properties Graph
### Prepared for Mr. Jason N. Vecchiarello

■ List Price vs. ░ Sale Price

$200,000

$150,000
$100,000
$50,000
$0

    

        1              2              3

|   | Address | City | Days onMarket | List Price | Sale Price |
|---|---------|------|---------------|-----------|-----------|
| 1 | 41 Boston Rd Unit:113 | Billerica, MA | 84 | $170,000 | $168,000 |
| 2 | 41 Boston Unit:463 | Billerica, MA | 137 | $170,000 | $170,000 |
| 3 | 41 Boston Rd Unit:311 | Billerica, MA | 8 | $170,000 | $170,000 |

9

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN RE: | CHAPTER 13 |
|     JASON N. VECCHIARELLO, | CASE NO. 14-41493 MSH |
|     DEBTOR | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER AVOIDING JUDICIAL LIEN

This matter having come before the Court on the Debtor's Motion to Avoid Judicial Lien (the "Motion") in which the Debtor seeks to avoid the judicial lien of Midland Funding LLC encumbering the property at 81 Salem Road, Unit 64, Billerica, Massachusetts and recorded at the Middlesex North District Registry of Deeds Book 27684, Page 193, and after due consideration, the Motion is ALLOWED, subject to the following conditions:

1. The judicial lien of Midland Funding LLC is avoided pursuant to 11 U.S.C. §522(f).

2. Pursuant to 11 U.S.C. §349(b)(1)(B) said judicial lien shall be reinstated if the case is dismissed unless the Court, for cause, subsequently orders otherwise.

Dated:_____

_____
Honorable Melvin S. Hoffman,
United States Bankruptcy Court Judge